IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACOB W. CLENDENIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil No.   14-cv-913-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is the parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA).   **(Doc. 31).**

The parties have agreed that plaintiff is entitled to an award in the amount of $8,000.00 for attorney's fees and $0 for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

The parties' Stipulation **(Doc. 31)** is **GRANTED**.   The Court awards plaintiff Jacob W. Clendenin the sum of **$8,000.00** (eight thousand dollars) for attorney's fees and $0 for costs pursuant to the Equal Access to Justice Act.   These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in accordance with the parties' agreement, any part of the award that is not subject to

set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   September 18, 2015.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
